United States District Court
Southern District of Texas
**ENTERED**
May 10, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SAGE INDUSTRIES (USA), INC., § | |
| § | |
| Plaintiff. § | |
| § | |
| V. § | CIVIL ACTION NO. 4:24-CV-00078 |
| § | |
| RAY TODD BURNINGHAM, *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On April 12, 2024, Plaintiff's Motion to Remand (Dkt. 8) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). *See* Dkt. 15. Judge Edison filed a Memorandum and Recommendation on April 23, 2024, recommending the motion be **GRANTED**. *See* Dkt. 16.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 16) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's Motion to Remand (Dkt. 8) is **GRANTED**; and

(3)	This matter is remanded to the 215th Judicial District Court of Harris County, Texas.

It is so **ORDERED**.

SIGNED and ENTERED this  10th  day of May 2024.

                                                GEORGE C. HANKS, JR.
                                          UNITED STATES DISTRICT JUDGE